McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-cv-01316-OWW-SMS |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR PUBLICATION** |
| 2005 FORD F-150, LICENSE NUMBER 7V58581, VIN: 1FTRW12W45KC18192, and | |
| $8,700.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an Order of Publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant properties were seized in Fresno County, Fresno, California;

4. Plaintiff proposes that publication be made as follows:

    a.    Four publications;

    b.    In the following newspaper, a legal newspaper of general circulation, located

1  in the county in which the defendant properties were seized: <u>Fresno Business Journal</u>;

2     c. The publication to include the following:

3      (1) The Court, title and number of the action;

4      (2) The date of the arrest/seizure;

5      (3) The identity and/or description of the properties arrested/seized;

6      (4) The name, address, and telephone number of the attorney for the Plaintiff;

8      (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

11     (6) A statement that answers to the Complaint must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

14     (7) A statement that applications for intervention under Federal Rules of Civil Procedure, Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

17     (8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: September 20, 2006    McGREGOR W. SCOTT
             United States Attorney

             /s/ Stephanie Hamilton Borchers
             STEPHANIE HAMILTON BORCHERS
             Assistant United States Attorney

      IT IS SO ORDERED.

**Dated: October 4, 2006**   **/s/ Sandra M. Snyder**
      icido3UNITED STATES MAGISTRATE JUDGE