**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>$8,700.00 IN U.S. CURRENCY and 2005 FORD F-150, VIN: 1FTRW12W45KC18192, LICENSE NO. 7V58581,<br><br>　　　　Defendants. | 1:06-cv-1316 OWW SMS<br><br>ORDER AFTER SCHEDULING CONFERENCE AND ORDER TO SHOW CAUSE<br><br>OSC Hearing: 10/2/07 10:00 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

　　August 31, 2007.

**II.  Appearances Of Counsel.**

　　Stephanie Hamilton Borchers, Esq., Assistant United States Attorney, appeared on behalf of Plaintiff.

　　The Claimant made no appearance. The counsel for Claimant, Corina Viramontes Sanchez, did not appear. By earlier order dated August 13, 2007, attorney Richard Cenci, Esq., was permitted to withdraw. Ms. Sanchez is in pro se.

　　The United States Attorney reports that attempts to revise the prior Scheduling Conference Statement with the claimant,

1

including mail contacts and transmittal of the Court's Order permitting the Withdrawal of Mr. Cenci, have gone unanswered.

  IT IS ORDERED that Claimant, Corina Viramontes Sanchez, shall show cause, if any she has, on October 2, 2007, at 10:00 a.m. in Courtroom 3 of this Court, why her claim should not be dismissed for failure to obey orders of the Court to participate in the Scheduling Report preparation and revision and failure to appear at the Scheduling Conference on August 31, 2007, in violation of the Court's Order for a continued Scheduling Conference.

IT IS SO ORDERED.

Dated:  August 31, 2007       /s/ Oliver W. Wanger
                UNITED STATES DISTRICT JUDGE