1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                  ) 1:06-CV-01316-OWW-SMS
   |                                            )
12 |              Plaintiff,                    )
   |                                            ) **ORDER ON ORDER TO SHOW CAUSE**
13 |      v.                                    ) **HEARING REGARDING**
   |                                            ) **CLAIMANT CORINA VIRAMONTES**
14 | $8,700.00 IN U.S. CURRENCY, and            ) **SANCHEZ**
   |                                            )
15 | 2005 FORD F-150,                           ) Date:  November 5, 2007
   | VIN: 1FTRW12W45KC18192, LICENSE            ) Time:  10:00 a.m.
16 | NO. 7V58581                                ) Courtroom: 3 (7th Floor)
   |                                            )
17 |              Defendants.                   ) Honorable Oliver W. Wanger
   |                                            )

18

19     The Hearing on Order to Show Cause against Corina Viramontes Sanchez came on for

20 hearing on November 5, 2007, at 10:00 a.m., in Courtroom 3 before District Court Judge Oliver W.

21 Wanger. Claimant Sanchez personally appeared at the hearing and indicated her desire to represent

22 herself in the action and her willingness to communicate with the government and facilitate the

23 litigation.

24     GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

25     The Order to Show Cause is discharged, and

26 ///

27 ///

28 ///

1    IT IS FURTHER ORDERED that a Mandatory Scheduling Conference is set for January 18, 2008 at 8:45 a.m. in Courtroom 3 before District Court Judge Oliver W. Wanger.  The parties shall file a Joint Scheduling Report a week prior to the Scheduling Conference on or before January 11, 2008.

IT IS SO ORDERED.

**Dated:   November 5, 2007**              _____**/s/ Oliver W. Wanger**_____
                                            UNITED STATES DISTRICT JUDGE