```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )    1:06-cv-1316 OWW SMS
                             )
            Plaintiff,       )    ORDER AFTER SCHEDULING
                             )    CONFERENCE
     v.                      )
                             )    Further Scheduling
$8,700.00 IN U.S. CURRENCY, and )  Conference:  2/7/08 8:15
2005 FORD F-150, VIN:        )    Ctrm. 3
1FTR212W45KC18192, LICENSE NO. )
7V58581,                     )
                             )
            Defendants.      )
                             )
_____)
```

I.   Date of Scheduling Conference.

    January 18, 2008.

II.  Appearances Of Counsel.

    Stephanie Hamilton Borchers, Esq., Assistant U.S. Attorney, appeared on behalf of Plaintiff.

    Corina Sanchez appeared as a claimant.  Ms. Sanchez has advised that she has hired attorney Robert R. Lamanuzzi.

    Accordingly, this Scheduling Conference is continued to

///

///

///

1

**February 7, 2008, at 8:15 a.m. at which time Mr. Lamanuzzi will appear.**

IT IS SO ORDERED.

**Dated:   January 22, 2008**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE